UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8: 14-cv-1309-T-30AEP

2009 MASERATI, VEHICLE
IDENTIFICATION NUMBER
ZAMGJ45A790045627

## JUDGMENT OF FORFEITURE FOR $50,000

THIS CAUSE comes before the Court on the United States' Motion for a Judgment of Forfeiture (Doc. 21) for $50,000 in lieu of the 2009 Maserati with the vehicle identification number ZAMGJ45A790045627, pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C), Supp'l Rule G, Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Action.

Having been fully advised in the premises, the Court finds that the above listed 2009 Maserati is forfeitable to the United States pursuant to the agreement of the parties as described in the Consent Motion for Judgment of Forfeiture (Doc. 21).

The Court further finds that because the parties have agreed to forfeit $50,000 tendered by Clifford Davis in lieu of the 2009 Maserati, any third party claims of MLS Construction Services, LLC, Clifford Davis and Vera Davis to the 2009 Maserati are moot. Thus, it is now appropriate for the Court to enter a Judgment of Forfeiture for the $50,000 tendered to the United States by Clifford Davis, in lieu of the forfeiture of the 2009 Maserati.

Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 21) of the United States is hereby GRANTED.

It is further ORDERED that, pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C) and (a)(1)(A), and Supp'l Rule G, all right, title, and interest in the above $50,000 tendered to the United States by Clifford Davis is hereby CONDEMNED and FORFEITED to the United States for disposition according to law.  Clear title to this $50,000 is now vested in the United States of America.

It is further ORDERED that, pursuant to the parties' agreement, the 2009 Maserati is hereby DISMISSED from this action and will be returned to Clifford Davis.

It is further ORDERED that each party shall bear its own costs and expenses of this proceeding, including attorneys' fees.

DONE and ORDERED in Tampa, Florida, this 25th day of July, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record